No. 11-5541. Wade Temple Hankins, Petitioner v. United States.

565 U.S. 913, 132 S. Ct. 326, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 5845.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 423 Fed. Appx. 306.

No. 11-5542. Felix Leopoldo Marquez Galice, aka Edwin Manuel Cotto Garcia, Petitioner v. United States.

565 U.S. 913, 132 S. Ct. 327, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 5931.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-5543. Hector Heras-Rubio, Petitioner v. United States.

565 U.S. 913, 132 S. Ct. 327, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 6375.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5544. Tony Allen Gregg, Petitioner v. United States.

565 U.S. 913, 132 S. Ct. 327, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 6247.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 209.

No. 11-5546. Knowell Greenwood, Petitioner v. Massachusetts.

565 U.S. 913, 132 S. Ct. 327, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 6051.

October 3, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 78 Mass. App. 611, 941 N.E.2d 667.

No. 11-5547. Terrell C. Oden, Petitioner v. Mike Knowles, Warden.

565 U.S. 913, 132 S. Ct. 327, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 5847.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 594.

No. 11-5548. Stanimir G. Pavlov, aka Atanas Velichkov Yordanvo, Petitioner v. Dick Smelser, Warden, et al.

565 U.S. 914, 132 S. Ct. 327, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 5945.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 427 Fed. Appx. 636.

No. 11-5553. Damon Asberry, Petitioner v. Texas.

565 U.S. 914, 132 S. Ct. 328, 181 L. Ed. 2d 203, 2011 U.S. LEXIS 6177.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.